UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN RIVER TRANSPORTATION CO., LLC, AS OWNER AND OPERATOR OF THE M/V LOUISIANA LADY, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: <br><br> SECTION:        DIVISION: <br><br> JUDGE <br><br> MAGISTRATE JUDGE |

## AFFIDAVIT OF VALUE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

KYLE J. SMITH

who, after being duly sworn, did depose and say:

That he is an independent qualified marine surveyor in New Orleans, Louisiana, and has been engaged in the occupation of marine surveying for thirty-four (34) years; that he is familiar with the M/V CREW RUNNER, having surveyed and inspected that vessel after the incident in question on April 9, 2022; that he is fully familiar with the design, type, and class of such vessel as the M/V CREW RUNNER, and is familiar with the market for such vessels in and around the New Orleans and Louisiana areas; and that based upon his knowledge and experience, he is of the opinion that as of April 9, 2022, following the incident in question, the CREW RUNNER had a fair market value not in excess of THREE HUNDRED THOUSAND AND 00/100 DOLLARS ($300,000.00).

_____
KYLE J. SMITH

SWORN TO AND SUBSCRIBED
Before me, this ____ day of
_____, 2023

_____
NOTARY PUBLIC  Kevin Frey #35133



EXHIBIT 1