Classification: Internal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN RIVER TRANSPORTATION CO., LLC, AS OWNER AND OPERATOR OF THE M/V CREW RUNNER, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: <br><br> SECTION:        DIVISION: <br><br> JUDGE: <br><br> MAGISTRATE JUDGE: |

## AD INTERIM STIPULATION FOR VALUE/LETTER OF UNDERTAKING

The undersigned, Agrinational Insurance Company ("Underwriters") subscribing to Policy No. 478-1DFM001, hereby certify that they are the insurers of Limitation Petitioner, American River Transportation Co., LLC ("ARTCO"), and the vessel, the M/V CREW RUNNER, in the amounts designated below and that their policy was in full force and effect providing insurance coverage on behalf of the M/V CREW RUNNER on or about April 9, 2022, allegedly involved in an incident which is the subject of a Petition for Exoneration from or Limitation of Liability Action filed in the United States District Court for the Eastern District of Louisiana, pursuant to 46 U.S.C. §§ 30501, *et seq.*, as more particularly described in the Petition filed herein. The undersigned further certify that they are fully authorized to submit this Ad Interim Stipulation and hereby agree to the following undertaking.

This Ad Interim Stipulation is given in consideration of the Claimant(s) refraining from arresting the M/V CREW RUNNER and refraining from attaching, arresting, or otherwise restraining any asset under the same ownership, associated ownership, control and/or management as the M/V CREW RUNNER because of claims or loss sustained on or about April 9, 2022.

Page **1** of **4**

EXHIBIT 2

Classification: Internal

In the event a final decree (after appeal, if any) is entered in favor of the Claimant(s) against Limitation Petitioner, ARTCO, in the Limitation of Liability Action, then Underwriters agree to pay, in accordance with and strictly subject to the terms, conditions, and limits of their insurance policies, up to and not exceeding the aggregate total sum of THREE HUNDRED THOUSAND AND 00/100 DOLLARS ($300,000.00) of compensatory damages, together with interest and costs in any said final decree, or any lesser amount decreed by the Court or settled between the parties, where such settlement has been made with the approval of Underwriters, without any final decree being rendered.

It is understood and agreed between the parties to this Ad Interim Stipulation, that the aggregate total sum of THREE HUNDRED THOUSAND AND 00/100 DOLLARS ($300,000.00), can be reduced by the agreement of the parties or, failing said agreement, by Order of the Court during the pendency of this obligation.

It is the intention of this Ad Interim Stipulation and guarantee that it be substituted as security in lieu of a corporate surety bond, as though the M/V CREW RUNNER had been arrested under process issued by the United States District Court for the Eastern District of Louisiana, and had been released upon the filing of appropriate security on April 9, 2022, reserving on behalf of said vessel, her owners and underwriters, all their defenses, including but not limited to, denial of all liability for the Claimant's damages, as well as the M/V CREW RUNNER, owner's, operator's, and Underwriters' rights to petition for exoneration from and/or limitation of liability.

Upon Court Order, the undersigned agrees to cause a bond with approved corporate surety to be filed, in an amount to be agreed upon or fixed by the Court, not to exceed THREE HUNDRED THOUSAND AND 00/100 DOLLARS ($300,000.00), together with applicable legal interest to satisfy all the statutory requirements in limitation actions. In no event, however, will the

Classification: Internal

demand for bond or other security be made solely as a settlement tactic, nor will the undersigned insurer be responsible for payments in excess of the applicable insurance. In the event that the bond referred to in this paragraph is filed, the undersigned Underwriters shall have no further obligation under this Ad Interim Stipulation.

Notwithstanding any of the foregoing , the liability of Underwriters, pursuant to this Ad Interim Stipulation, shall not exceed the limits of the policy to which Underwriters subscribe, and shall be strictly subject to the terms, limits , and conditions of the insurance policy.

This Ad Interim Stipulation is to be binding, whether the M/V CREW RUNNER is lost at sea or not lost, in port or not in port, and is given without prejudice to any rights or defenses which the M/V CREW RUNNER and/or her owner and/or operator and/or owner(s) pro hac vice and/or Underwriters may have under any applicable law or statute, none of which are to be regarded as waived. The giving of this Ad Interim Stipulation is not to be deemed or taken to be or accepted as an admission of liability on behalf of the M/V CREW RUNNER or her owners or those interested in her.

IN WITNESS WHEREOF, Underwriters have caused these presents to be duly executed on their behalf by the undersigned duly authorized representatives of Agrinational Insurance Company.

*(signature on next page)*

Classification: Internal

Respectfully submitted,
**Agrinational Insurance Company**

BY: _____

PRINT NAME: D. Cameron Findlay

TITLE: President

SWORN TO AND SUBSCRIBED
Before me, this 2 day of May
April 2023

_____
NOTARY PUBLIC

SKYLAIR MORELAND
OFFICIAL SEAL
Notary Public - State Of Illinois
My Commission Expires
January 09, 2027