UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN RIVER TRANSPORTATION CO., LLC, AS OWNER AND OPERATOR OF THE M/V CREW RUNNER, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: <br><br> SECTION:     DIVISION: <br><br> JUDGE: <br><br> MAGISTRATE JUDGE: |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### KEVIN M. FREY

who after being duly sworn, did depose and say:

1. That he is a member of the firm of McGlinchey Stafford, PLLC, attorney for American River Transportation Co., LLC ("ARTCO") in the foregoing Petition;

2. That he is authorized to make this verification and to file the foregoing Petition for Exoneration from or Limitation of Liability on behalf of ARTCO;

3. That he has read the above and foregoing Petition and that all of the allegations of fact therein are true and correct to the best of his knowledge and belief; and

4. That the sources of his knowledge and the grounds for his belief are information obtained in his clients and investigation by him and his clients.

_____
KEVIN M. FREY

SWORN TO AND SUBSCRIBED
Before me, this 3rd day of May 2023

_____
NOTARY PUBLIC

MARCELLE P. MOULEDOUX
NOTARY PUBLIC
LA BAR No. 30339
Parish of Orleans, State of Louisiana
My Commission is Issued for Life