UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN RIVER TRANSPORTATION CO., LLC, AS OWNER AND OPERATOR OF THE M/V CREW RUNNER, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 2:23-cv-01489<br><br>SECTION:        DIVISION:<br><br>JUDGE:<br><br>MAGISTRATE JUDGE: |

**ORDER APPROVING ARTCO'S AD INTERIM STIPULATION FOR VALUE, DIRECTING ISSUANCE OF NOTICE AND ENJOINING PROSECUTION OF CLAIMS**

A Petition have being filed herein by complainant, American River Transportation Co., LLC ("ARTCO"), as owner and operator of the M/V CREW RUNNER, for exoneration from or limitation of liability pursuant to 46 U.S.C. §30501 *et seq*. and Rule F of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, for any loss, damage, or injury caused by or resulting from the voyage of the M/V CREW RUNNER from April 9, 2022 as is more fully described in the Petition; and

Complainant having filed with the Court an Ad Interim Stipulation/Letter of Undertaking for the value of its interest in the M/V CREW RUNNER and freight pending as of April 9, 2022 in the total sum of $300,000.00 with interest at the rate of six percent (6%) per annum; and

NOW, THEREFORE,

IT IS HEREBY ORDERED THAT:

1. The Letter of Undertaking filed herein by ARTCO, in the sum of $300,000.00, with interest per annum at a rate of six percent (6%), is accepted and approved as security for the amount

of value of ARTCO's interest in the M/V CREW RUNNER and her pending freight for the purpose of the limitation proceeding as to form, quantum, and surety;

2. The Court, upon motion, shall cause due appraisement of such value and may order the security increase or reduced if it finds that amount of funds the amount insufficient or excessive and, upon demand, the Court may similarly order such an order is necessary to carry out the provisions of 46 U.S.C. § 30505, *et seq.*, as amended, in respect of property damage or bodily injury;

3. A notice shall issue from the Clerk of this Court to all persons asserting claims with respect to which the Petition seeks exoneration from or limitation of liability admonishing them to file their respective claims with the Clerk of Court, in writing, and to serve on the attorneys for ARTCO a copy thereof on or before the 30th day of June, 2023, or be defaulted and barred from bringing such claims, and that if any claimant desires to contest either ARTCO's right to exoneration from or limitation of liability, (s)he shall file and serve on the attorneys for ARTCO an answer to the Petition on or before said date, or be barred from bringing such actions;

3. The aforesaid notice shall be published in the The New Orleans Advocate/Times Picayune once a week for four (4) successive weeks prior to the date fixed by the Court for filing of claims, and copies of the notice shall be mailed to known claimants in accordance with Rule F of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions; and

4. The further prosecution of any and all actions, suits, and proceedings of any nature or description whatsoever, in any jurisdiction, and the taking of any steps and the making of any motions in such actions, suits, or proceedings against ARTCO, the M/V CREW

RUNNER, and any other property of ARTCO, occasioned by or incurred as a result of the voyage of the M/V CREW RUNNER on April 9, 2022, be and the same hereby are restrained, stayed, and enjoined until the hearing and determination of this action.

New Orleans, Louisiana, this \_\_\_4th\_\_\_ day of \_\_\_\_May\_\_\_\_, 2023

                                                  *Greg Gerard Guidry*
                                        UNITED STATES DISTRICT JUDGE