# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN RIVER TRANSPORTATION CO., LLC, AS OWNER AND OPERATOR OF THE M/V CREW RUNNER, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: **2:23-cv-01489** <br><br> SECTION: **T**    DIVISION: **1** <br><br> JUDGE: **GUIDRY** <br><br> MAGISTRATE JUDGE: **VAN MEERVELD** |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Petitioner-In-Limitation/Defendant, American River Transportation Co., LLC ("ARTCO"), and submits this *Corporate Disclosure Statement* pursuant to Federal Rule of Civil Procedure 7.1. ARTCO certifies that it is a wholly owned subsidiary of Archer-Daniels-Midland-Company, a publicly held corporation traded on the New York Stock Exchange under the abbreviation "ADM."

Respectfully submitted:

**McGLINCHEY STAFFORD, PLLC**

*/s/ Morgan E. Kelley*
Kevin M. Frey (#35133)
Marcelle Mouledoux (#30339)
Morgan E. Kelley (#38299)
Gillian M. McCarroll (#40452)
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 596-2800
kfrey@mcglinchey.com
mmouledoux@mcglinchey.com
mkelley@mcglinchey.com
gmccarroll@mcglinchey.com

*Counsel for American River Transportation Co., LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2023, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

*/s/ Morgan E. Kelley*