# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN RIVER TRANSPORTATION CO., LLC, AS OWNER AND OPERATOR OF THE M/V CREW RUNNER, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO: 2:23-cv-01489<br><br>DISTRICT JUDGE:<br>HON. GREG G. GUIDRY<br><br>MAGISTRATE JUDGE:<br>HON. JANIS VAN MEERVELD |

## CORPORATE DISCLOSURE
## STATEMENT OF LABOR SERVICES, L.L.C.

**NOW INTO COURT,** through undersigned counsel, comes defendant, Labor Services, L.L.C., who provides the following Corporate Disclosure Statement as required by Federal Rule of Civil Procedure 7.1.

Labor Services, L.L.C. is a Louisiana Limited Liability Company which does not have any parent corporation or any publicly held corporation owning 10% or more of its ownership interests.

Respectfully submitted,

/s/Rowen F. Asprodites
Aaron B. Greenbaum, T.A. (#31752)
Rowen F. Asprodites (#33135)
Salvador J. Pusateri (#21036)
Shelia R. Tolar (#40076)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Aaron.Greenbaum@pjgglaw.com
Rowen.Asprodites@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Shelia.Tolar@pjgglaw.com
**ATTORNEYS FOR DEFENDANT,
LABOR SERVICES, L.L.C.**