# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF AMERICAN RIVER TRANSPORTATION CO., LLC, AS OWNER AND OPERATOR OF THE M/V CREW RUNNER, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO: 2:23-cv-01489**<br><br>**DISTRICT JUDGE:**<br>**HON. GREG G. GUIDRY**<br><br>**MAGISTRATE JUDGE:**<br>**HON. JANIS VAN MEERVELD** |

## MOTION TO DISMISS CLAIM OF LABOR SERVICES, L.L.C. WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Labor Services, L.L.C., which respectfully submits that all claims and demands of any kind forming the basis for its Claim (Rec. Doc. 9) in the above-captioned suit have been fully resolved, and hereby requests that this Honorable Court dismiss its Claim with prejudice, with each party to bear its own respective costs.

Respectfully submitted,

 /s/Rowen F. Asprodites
Aaron B. Greenbaum, T.A. (#31752)
Rowen F. Asprodites (#33135)
Salvador J. Pusateri (#21036)
Shelia R. Tolar (#40076)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Aaron.Greenbaum@pjgglaw.com
Rowen.Asprodites@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Shelia.Tolar@pjgglaw.com
**ATTORNEYS FOR DEFENDANT,**
**LABOR SERVICES, L.L.C.**