835

# 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 839.448                                              DIVISION " "

**LARRY TURNER**

H

**VERSUS**

**ARCHER-DANIELS-MIDLAND COMPANY and AMERICAN RIVER TRANSPORTATION COMPANY, LLC**

FILED:_____      _____
                                                                        DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **LARRY TURNER**, a person of the full age of majority and a resident of Louisiana, who respectfully states as follows:

I.

Made defendants herein are:

1) **ARCHER-DANIELS-MIDLAND COMPANY**, a foreign corporation authorized to do and doing business in the State of Louisiana, which at all times relevant herein was the employer of petitioner, **LARRY TURNER**, and/or was the owner and/or operator of the M/V CREW RUNNER on which **LARRY TURNER** was working and injured.

2) **AMERICAN RIVER TRANSPORTATION COMPANY, LLC**, a foreign limited liability company authorized to do and doing business in the State of Louisiana, which at all times relevant herein was the employer of petitioner, **LARRY TURNER**, and/or was the owner and/or operator of the M/V CREW RUNNER on which **LARRY TURNER** was working and injured.

II.

This matter is brought pursuant to 46 U.S.C. §688, more commonly known as the Jones Act, and under general maritime law for negligence, unseaworthiness, and maintenance and cure, and alternatively, under the general maritime laws of the United States including, but not limited to Rule 905(b) of the Longshore and Harbor Workers' Compensation Act ("LHWCA").

III.

At all times material herein, **LARRY TURNER** was working and operating in the navigable waters of Louisiana.



EXHIBIT 2

04/10/2023 13:32:22 CERTIFIED TRUE COPY - Pg:1 of 7 - Jefferson Parish Clerk of Court - ID:2340251

IV.

On or about April 9, 2022, **LARRY TURNER** was aboard the M/V CREW RUNNER, which is a vessel owned and operated by **ARCHER-DANIELS-MIDLAND COMPANY** and/or **AMERICAN RIVER TRANSPORTATION COMPANY, LLC** and used to taxi **LARRY TURNER** and other employees.

V.

While transporting **LARRY TURNER** and other employees aboard the M/V CREW RUNNER in Jefferson Parish, the captain of the vessel, due to defective equipment, inattentiveness and/or insufficient training and/or education, allowed the vessel to strike a buoy, which resulted in a violent collision. The captain of the M/V CREW RUNNER was employed by **ARCHER-DANIELS-MIDLAND COMPANY** and/or **AMERICAN RIVER TRANSPORTATION COMPANY, LLC**,

VI.

At the time of the incident in question, **ARCHER-DANIELS-MIDLAND COMPANY** was the Jones Act employer of your petitioner, **LARRY TURNER**, and violated its non-delegable duty to provide **LARRY TURNER** a safe working environment. **ARCHER-DANIELS-MIDLAND COMPANY** is liable to **LARRY TURNER** for its negligence pursuant to the Jones Act and/or general maritime laws of the United States for negligently causing, creating, and/or allowing the existence of one or more unreasonably dangerous conditions on its chartered vessel, which caused and/or contributed to **LARRY TURNER'S** incident and injuries.

VII.

The above described April 9, 2022, accident and the resulting injuries to your petitioner, **LARRY TURNER**, were caused through the negligence of defendants, **ARCHER-DANIELS-MIDLAND COMPANY** and **AMERICAN RIVER TRANSPORTATION COMPANY, LLC**, which negligence includes but is not limited to the following actions and/or inaction:

a) Negligently placing **LARRY TURNER** in a situation which it knew or should have known to be unreasonably dangerous;
b) Failure to warn **LARRY TURNER** of a condition(s) which it knew or should have known to be unreasonably dangerous;
c) Failure to maintain a proper lookout and/or being distracted or inattentive;
d) Failure to take all reasonable evasive action to avoid the accident at issue herein;
e) Failure to provide a sufficient number of properly trained crew members to keep the vessel in a safe condition;



f) Failing to provide **LARRY TURNER** with a reasonably safe work environment;

g) Allowing and/or causing the existence of an unreasonably dangerous condition(s) on its vessel;

h) Inattentiveness of the Master and/or crew of its vessel;

i) Failure to properly and sufficiently train and/or educate its employees on how to operate the M/V CREW RUNNER;

j) Failing to prudently navigate its vessel;

k) Negligently violating any and all applicable rules, regulations and/or standards;

l) Failure to provide equipment on the vessel which was not in need of repair and/or replacement; and

m) Negligent supervision and/or other acts of negligence to be proven at trial.

VIII.

As a result of the accident, petitioner was rendered unfit for duty and presently remains unfit and incapable of returning to work as a seaman.

IX.

**ARCHER-DANIELS-MIDLAND COMPANY** is indebted to petitioner for past and future maintenance benefits in the amount mandated by law from April 9, 2022 until maximum cure is achieved, and for all costs of cure incurred by petitioner from April 9, 2022 until maximum cure is achieved, as well as all attorney's fees incurred herein.

X.

The General Maritime Law of the United States protects the seaman from certain acts of **ARCHER-DANIELS-MIDLAND COMPANY** which are egregious in nature, by awarding exemplary damages.

XI.

Pursuant to the General Maritime Law of the United States of America, **ARCHER-DANIELS-MIDLAND COMPANY** has the absolute and non-delegable duty to provide petitioner with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved. In the event **ARCHER-DANIELS-MIDLAND COMPANY** fails to pay any and all maintenance and cure benefits prior to trial, plaintiff is entitled to punitive damages pursuant to law, as well as general and punitive damages for the worsening of plaintiff's condition due to failure to pay for treatment.

XII.

As a result of the April 9, 2022 accident, your petitioner, **LARRY TURNER**, suffered physical and mental injuries as well as inconvenience, entitling him to recover damages including,



but not limited to:

- a) Mental pain and suffering; past, present and future;
- b) Physical pain and suffering; past, present and future;
- c) Medical expenses; past, present and future;
- d) Inconvenience; past, present and future;
- e) Loss of support, both financial and emotional; past, present and future;
- f) Disfigurement;
- g) Lost wages; past, present and future;
- h) Loss of earning capacity; past, present and future;
- i) Loss of household services; past, present and future;
- j) Loss of enjoyment of life; past, present and future;
- k) Disability; past, present and future;
- l) Punitive/exemplary damages; and
- m) All damages allowed under the law which may be proven at the trial.

**WHEREFORE**, the aforesaid premises considered, petitioner prays that defendants, **ARCHER-DANIELS-MIDLAND COMPANY, LLC** and **AMERICAN RIVER TRANSPORTATION COMPANY, LLC, LLC** be duly served with a copy of this petition and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of petitioner and against defendants herein finding said defendants liable jointly, severally, and in solido for the full amount of your petitioner's damages, plus maintenance and cure benefits, exemplary damages and all costs together with legal interest thereon from the date of judicial demand until paid.

Respectfully submitted:

ANTHONY D. IRPINO (#24727)
BOBBY G. HAWKINS (#30546)
*IRPINO, AVIN & HAWKINS LAW FIRM*
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone:    (504) 525-1500
Facsimile:    (504) 525-1501
Email: bhawkins@irpinolaw.com

AND

PATRICK H. HUFFT (#17633)
*HUFFT and HUFFT LAW FIRM*
635 St. Charles Avenue
New Orleans, LA 70130
Telephone:    (504) 522-9413
Facsimile:    (504) 586-9945
Email: phufft@hufftlaw.com

*PLEASE SEE SERVICE REQUEST ON NEXT PAGE.*



**PLEASE SERVE:**

**ARCHER-DANIELS-MIDLAND COMPANY, LLC**
Through its Registered Agent for Service:
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**AMERICAN RIVER TRANSPORTATION COMPANY, LLC, LLC**
Through its Registered Agent for Service:
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, LA 70816