D55767495
D55767495

# CITATION

| | |
|---|---|
| NICHOLAS HARRINGTON | 40TH JUDICIAL DISTRICT COURT |
| VS | PARISH OF ST.JOHN THE BAPTIST |
| RIVER PARISH CONTRACTORS, INC. ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-79389 | DIVISION: A |

**To:** ARCHER-DANIELS-MIDLAND COMPANY
CT CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA    70816

**Parish:** EBR

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within **twenty-one (21) days** after the service hereof, under penalty of default.

This service was ordered by **STEPHEN J. JOHNSON, ESQ.** and was issued by the Clerk of Court on **MARCH 17, 2023.**

* Also attached are the following documents:
**PETITION FOR DAMAGES**

*ANDRENESE L.M. THOMAS*
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF
_____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE $_____     BY: _____
MILEAGE $_____          DEPUTY SHERIFF
TOTAL    $_____

ORIGINAL – RETURN     COPY – SERVICE     COPY - CLERK

EXHIBIT 3

| | | |
|---|---|---|
| NICHOLAS HARRINGTON | * | STATE OF LOUISIANA |
| | * | |
| VERSUS NUMBER 79389-A | * | |
| | * | PARISH OF ST. JOHN THE BAPTIST |
| RIVER PARISH CONTRACTORS, | * | |
| INC., LABOR SERVICES, L.L.C. | * | |
| AND ARCHER-DANIELS- | * | |
| MIDLANDS COMPANY | * | 40TH JUDICIAL DISTRICT COURT |

Eliana DeFrancesch - Clerk of Court
Filed: Mar 17, 2023 10:06 AM
1388969631

## PETITION FOR DAMAGES

Nicholas Harrington, a person of the legal age of majority and a resident of the State of Louisiana, respectfully represents the following:

1.

This action is brought pursuant to the Savings to Suitors Clause of the United States Constitution and Section 1333(1) of Title 28 of the United States Code which preserves to the citizens of the various states the right to proceed in these courts in all matters sounding in maritime tort.

2.

Venue is proper in this Parish under Louisiana Code of Civil Procedure Article 42 because the defendants River Parish Contractors, Inc. and Labor Services, L.L.C. are domiciled in this parish.

3.

Petitioner, Nicholas Harrington, alleges that he is a seaman within the meaning of the Jones Act, 46 U.S.C. 30104, et seq., and that his recovery is dictated by federal law under the above-cited United States statutes; Petitioner further alleges that the General Maritime Law and the Doctrine of Unseaworthiness apply to this action.

4.

At all times hereinafter mentioned, Defendant, River Parish Contractors, Inc. was a domestic corporation and authorized to do and doing business in the State with its business establishment and registered office located in St. John the Baptist Parish and was petitioner's employer.

5.

At all times hereinafter mentioned, Labor Services, L.L.C. was a domestic limited liability company, authorized to do and doing business in this State with its business establishment and registered office located in St. John the Baptist Parish and was also petitioner's employer.

6.

At all times hereinafter mentioned, Defendant, Archer-Daniels-Midland Company was and is a company authorized to do and doing business in this State and was at all times material to this action the borrowing employer of plaintiff and the owner and operator of the vessel CREW RUNNER.

7.

The defendants are truly and justly indebted unto your Petitioner in an amount of such damages as is reasonable in the premises, together with legal interest from date of occurrence until paid, and for all costs of these proceedings for the following reasons:

8.

On April 9, 2022, Nicholas Harrington was employed by River Parish Contractors, Inc. and Labor Services, L.L.C. as a seaman and was a passenger aboard the M/V CREW RUNNER owned by Archer-Daniels-Midland Company in the Mississippi River near Waggaman, Louisiana, in, navigable waters, and while in the course and scope of his employment, the operator of the CREW RUNNER, who was employed by Archer-Daniels-Midland Company hit a buoy, causing him to sustain injury to his low back and right hip.

9.

Petitioner's injuries occurred as a result of the negligence of the defendants and their employees and as a result of the unseaworthiness of the vessel.

10.

Petitioner alleges the incident and resulting injuries occurred as a result of the defendants' negligence and the vessel's unseaworthiness.

2

11.

Petitioner's incident and subsequent injuries were caused by the negligence and/or fault of the defendants and/or unseaworthiness of the crew in the following non-exclusive particulars:

AS TO RIVER PARISH CONTRACTORS, INC.:

A. Failure to use reasonable care to provide Petitioner with a safe place to work;

B. Failure to provide replace or repair defective equipment;

C. Failure to instruct and train adequately the crew of the vessel and their respective employees;

D. Furnishing a vessel crew and appurtenances which were not reasonably fit for their intended purposes;

E. Failure to warn petitioner of conditions which Defendants knew or should have known presented a hazard;

AS TO LABOR SERVICES, L.L.C.:

A. Failure to use reasonable care to provide Petitioner with a safe place to work;

B. Failure to provide replace or repair defective equipment;

C. Failure to instruct and train adequately the crew of the vessel and their respective employees;

D. Furnishing a vessel crew and appurtenances which were not reasonably fit for their intended purposes;

E. Failure to warn petitioner of conditions which Defendants knew or should have known presented a hazard;

AS TO ARCHER-DANIELS-MIDLAND COMPANY:

A. Furnishing a vessel crew, appurtenances, etc. which were not reasonably fit for their intended purposes;

B. Failure to warn petitioner of conditions which Defendants knew or should have known presented a hazard;

C. Unsafe and negligent operation of the vessel;

D. Failure to train its employees on the safe operation of the vessel;

E. Failure to train its employee on the Rules of the Road, to include but not limited to failure to maintain a proper lookout and failure to maintain a safe speed.

3

12.

As a result of the aforesaid incident, Petitioner sustained injury to his low back and right hip, and related injuries and conditions, and has likely sustained serious and permanent injuries, which may result in the need for surgery.

13.

Because of the said injuries and damages, Petitioner, Nicholas Harrington, has been caused to endure severe pain, suffering and mental anguish, has sustained loss of income and will continue to lose income in the future, and has been caused to incur expenses.

14.

Petitioner itemizes his damages as follows:

- A. Pain and suffering (past, present and future);
- B. Mental anguish, emotional distress (past, present and future);
- C. Medical and related expenses (past, present and future);
- D. Past, present and future loss of wages, income, fringe and related benefits and/or loss of wage earnings capacity and related benefits;
- E. Past and future maintenance and cure;
- F. Loss of fringe benefits;
- G. Permanent disability;
- H. Any other elements of damages to which he may prove entitlement at law or in equity, to include punitive damages as a result of grossly negligence behavior.

15.

Further, Petitioner also alleges defendants have failed to pay adequate maintenance and cure for the injuries sustained in the service of the vessel, and that he has not reached maximum medical improvement and is entitled to receive maintenance and cure and therefore brings a claim for the wrongful failure to pay maintenance and cure and claims entitlement to wrongfully denied maintenance and cure, compensatory damages, attorney fees and punitive damages.

16.

If plaintiff is not a seaman, in the alternative, he brings this action against defendant, Archer-Daniels-Midland under 33 U.S.C. section 905(b) for the defendants and its employees for the negligent operation of the M/V CREW RUNNER and for the defendant's failure to properly train its employees on the safe operation of the vessel pursuant to the Rules of Road.

**WHEREFORE PETITIONER PRAYS** that the Defendants, River Parish Contractors, Inc., Labor Services, L.L.C., and Archer-Daniels-Midland Company be served with a copy of this petition and be cited to appear and answer within the delays allowed by law, and that after due proceedings have been had, there be judgment rendered in favor of Petitioner, Nicholas Harrington, and against the Defendants, River Parish Contractors, Inc., Labor Services, L.L.C., and Archer-Daniels-Midland Company in such an amount of damages as is reasonable in the premises, together with costs and legal interest from date of occurrence until paid relating to past damages, and from date of judicial demand for future damages, and for all costs of these proceedings;

**PETITIONER FURTHER PRAYS** for all general and equitable relief which the justice of the cause may require and to which Petitioner may otherwise be entitled;

**PETITIONER FURTHER PRAYS** that all experts' fees be taxed as costs.

          Respectfully submitted:

          MORRIS BART, LLC
          ATTORNEYS FOR PLAINTIFF
          601 POYDRAS STREET, 24TH FLOOR
          NEW ORLEANS, LA 70130
          TELEPHONE: (504) 525-8000
          FACSIMILE: (504) 324-0738
          EMAIL: sjohnson@morrisbart.com

BY: _____
          STEPHEN J. JOHNSON, Bar #22439

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE
DY. CLERK OF COURT
PARISH OF ST. JOHN THE BAPTIST, LA
DATE 3/17/23

5

PLEASE SERVE:

**RIVER PARISH CONTRACTORS, INC.**
Through its agent for service of process:
Francis Guidry, Jr.
4007 W. Airline Highway
Reserve, LA 70084

A n d

**LABOR SERVICES, L.L.C.**
Through its agent for service of process:
Mr. Francis W. Guidry, Jr.
4007 W. Airline Drive Hwy.
Reserve, LA 70084

A n d

**ARCHER-DANIELS-MIDLAND COMPANY**
Through its agent for service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816